

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
MAX ROSENN UNITED STATES COURTHOUSE
197 SOUTH MAIN STREET
WILKES-BARRE, PA 18701

CHAMBERS OF
A. RICHARD CAPUTO
JUDGE

TEL. (570) 831-2556
FAX (570) 829-3948

July 21, 2016

**TO: COUNSEL OF RECORD**

      **RE:   GONZALEZ, ET AL. v. WALTMAN**
           **CIVIL ACTION NO. 3:16-CV-1375**

Dear Counsel:

      The above action has been assigned to me.

      A Case Management Conference will soon be scheduled. The purpose of the conference is to establish a schedule for the management of the case so as to strive for its just, speedy and inexpensive determination. The Order scheduling the conference will inform you in more detail of what is required of you in preparation for the conference.  In the meantime, the parties are expected to comply with the mandatory disclosure requirements of Fed.R.Civ.P. 26(a), and  must actively comply with discovery obligations pending scheduling of the Case Management Conference.

      If service of the initial pleading is not made within the time allotted by the Rules of Civil Procedure, a status report addressing the reasons for the delay and the course of action being pursued shall be submitted to me.

      If an answer or other response has not been filed, it is important that this be accomplished in the time provided for in the Federal Rules of Civil Procedure.  To this end, counsel, and parties acting without counsel, are notified not to enter into agreements for extensions of time without seeking Court approval.  Such agreements, unless approved, are not permitted by the Rules of Civil Procedure and cannot be honored.

      Any inquiries you have concerning this case should be directed to Dawn Wychock, Judicial Assistant, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania, 18701, phone number (570) 831-2556, email dawn_wychock@pamd.uscourts.gov.

                    Sincerely,
                    */s/ A. Richard Caputo*
                    A. Richard Caputo
                    United States District Judge