# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICARDO GONZALEZ, SEVERIN JOHNSON, and MICHAEL SCOTT MARSHALL, | NO. 3:16-CV-1375 |
| Plaintiffs, | (JUDGE CAPUTO) |
| v. | |
| WILLIAM WALTMAN, | |
| Defendant. | |

## **ORDER**

**NOW**, this 16th day of March, 2018, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Partial Summary Judgment (Doc. 13) is **DENIED**. The matter is placed on this Court's **June 2018** trial list. A pretrial scheduling order will follow in due course.

                                                 /s/ A. Richard Caputo
                                                 A. Richard Caputo
                                                 United States District Judge