# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICARDO GONZALEZ, SEVERIN JOHNSON, and MICHAEL SCOTT MARSHALL, | NO. 3:16-CV-1375 |
| Plaintiffs, | (JUDGE CAPUTO) |
| v. | |
| WILLIAM WALTMAN, | |
| Defendant. | |

## **ORDER**

**NOW**, this 19th day of March, 2019, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Judgment as a Matter of Law and/or New Trial (Doc. 73) is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge